ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 11-6567 DMG (MRWx) |
| Plaintiff, | |
| vs. | **CONSENT JUDGMENT OF FORFEITURE** |
| $43,668.05 IN U.S. CURRENCY, | |
| Defendants. | |
| ARMANDO SANCHEZ, | |
| Claimant. | |

    This civil forfeiture action was commenced on August 10, 2011 against defendant $43,668.05 in U.S. currency ("defendant currency"). Notice was given and published in accordance with

1

law.  Claimant Armando Sanchez ("claimant") filed a claim to the defendant $43,668.05 in U.S. currency on September 15, 2011 and an answer on October 4, 2011.  No other claims or answers have been filed, and the time for filing claims and answers has expired.  The parties have reached an agreement that is dispositive of this action and hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to $34,668.05 of the defendant currency, with all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshal's Service is ordered to dispose of said asset in accordance with law.

4.   The sum of $9,000.00 only, without interest, shall be returned to claimant Armando Sanchez by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Armando Sanchez and the Law Offices of Aaron L. Turner, Attorney Client Trust Account," and mailed to the Aaron L. Turner, Attorney, 357 West 2nd Street, Suite 2, San Bernardino, California 92401.  If the United States

elects to make the payment by wire transfer, the funds will be wire transferred to the Law Offices of Aaron L. Turner, Attorney Client Trust Account.  Claimant and his attorney shall provide any and all information needed to process the return of these funds in accordance with federal law.

    6.   Claimant releases the United States of America, its agencies, agents, officers and attorneys, including employees and agents of the Federal Bureau of Investigation, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Claimant whether pursuant to 28 U.S.C. § 2465 or otherwise.

    7.   The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(1).

Dated: February 2, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on next page.]**

///
///
///

<u>CONSENT</u>

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: January 31, 2012    ANDRÉ BIROTTE JR.
                           United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section


                                 /s/
                           KATHARINE SCHONBACHLER
                           Assistant United States Attorney

                           Attorneys for Plaintiff
                           United States of America

DATED: January 27, 2012    LAW OFFICES OF AARON L. TURNER


                                 /s/
                           AARON L. TURNER, ESQ.

                           Attorney for Claimant
                           ARMANDO SANCHEZ

DATED: January 27, 2012          /s/
                           Claimant ARMANDO SANCHEZ